## 711

On the parties' Joint Motion to Vacate Judgment and Remand filed December 11, 2002, reversed and remanded January 8, 2003

## STATE OF OREGON,
*Respondent,*

*v.*

## GLENN CLEVLAND WHITE,
aka Clenn Seawhite and Glenn Cleveland White,
*Appellant.*

### 9907-46681; A112737

60 P3d 1114

David E. Groom, State Public Defender, and Anne Fujita Munsey, Deputy Public Defender, for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Assistant Attorney General, for respondent.

Before Brewer, Presiding Judge, and Wollheim and Kistler, Judges.

PER CURIAM

Reversed and remanded. *State v. Riddell,* 172 Or App 675, 21 P3d 128, *rev den,* 332 Or 430 (2001).